# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

James J. Eckerson,

    Plaintiff

v.

Nancy A. Berryhill, Acting Commissioner of Social Security Administration,

    Defendant

Case No.: 2:17-cv-01384-JAD-CWH

**Order Adopting
Report & Recommendation**

[ECF Nos. 13, 14, 17]

Plaintiff James J. Eckerson brought this action for the court to review the Commissioner of Social Security's denial of his application for disability-insurance benefits under Title II of the Social Security Act. Having considered Eckerson's motion to remand[1] and the Commissioner's cross-motion to affirm,[2] the magistrate judge recommends that I deny the motion to remand and grant the Commissioner's cross-motion.[3] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed,"[4] and no party has filed an objection by the February 13, 2019, deadline. Accordingly,

IT IS HEREBY ORDERED THAT:

- The Report and Recommendation **[ECF No. 17] is ADOPTED** in full;
- Plaintiff's Motion for Reversal and/or Remand **[ECF No. 13] is DENIED**, and the Commissioner's Cross-motion to Affirm **[ECF No. 14] is GRANTED**; the underlying decision is AFFIRMED;

---

[1] ECF No. 13.

[2] ECF No. 14.

[3] ECF No. 17.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

- The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: February 14, 2019

_____
U.S. District Judge Jennifer A. Dorsey